UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN MORALES REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01028-JDP<br><br>ORDER GRANTING THE SECOND STIPULATED REQUEST FOR AN EXTENSION<br><br>ECF No. 16 |

The parties' second stipulated request for an extension, ECF No. 16, is granted. Plaintiff's opening brief is due by the close of business on June 7, 2020. All other deadlines in the court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   May 11, 2020            _____
                                             UNITED STATES MAGISTRATE JUDGE

No. 205.

1