UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN MORALES REYES,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01028-JDP<br><br>ORDER ON SOCIAL SECURITY APPEAL |

       This matter is before the court on claimant's request for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding her application for a period of disability and disability insurance benefits. At a hearing on August 27, 2020, the court heard argument from the parties. Having reviewed the record, administrative transcript, briefs of the parties, and applicable law, and having considered arguments made at the hearing, I find that the ALJ's decision is supported by substantial evidence in the record and is based on proper legal standards. For the reasons stated on the record at oral argument, I deny claimant's appeal from the administrative decision of the Commissioner of Social Security. The clerk of court is directed to enter judgment in favor of defendant, Commissioner of Social Security, and against claimant Lillian Morales Reyes. The clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 27, 2020                             /s/ Jeremy Peterson
                                                                   UNITED STATES MAGISTRATE JUDGE